IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02530-AP

Timothy Gene Foltz,

    Plaintiff.

v.

Carolyn Colvin, Acting Commissioner of Social Security

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

### 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:

Gail C. Harriss
450 S. Camino del Rio, Suite 201
Durango, CO 81301
970-247-4411
gharriss@harrisslaw.com

For Defendant:

| | |
|---|---|
| John F. Walsh<br>United States Attorney | Stephanie Lynn F. Kiley<br>Special Assistant United States Attorney<br>Office of the General Counsel |
| J.B. García<br>Assistant United States Attorney | Social Security Administration<br>1961 Stout Street, Suite 4169<br>Denver, CO 80294-4003 |
| District of Colorado | (303) 844-0815<br>stephanie.kiley@ssa.gov |

### 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3.  **DATES OF FILING OF RELEVANT PLEADINGS**

    A.  **Date Complaint Was Filed:  September 17, 2013**

    B.  **Date Complaint Was Served on U.S. Attorney's Office:  September 30, 2013**

    C.  **Date Answer and Administrative Record Were Filed:  November 22, 2013**

4.  **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5.  **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

6.  **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

7.  **OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

The parties state that this case is not on appeal from a decision issued on remand from this Court.

8.  **BRIEFING SCHEDULE**

The parties request the following briefing schedule:

    A.  **Plaintiff's Opening Brief Due:  February 14, 2014**

    B.  **Defendant's Response Brief Due:  March 17, 2014**

    C.  **Plaintiff's Reply Brief (If Any) Due: April 1, 2014**

The reason plaintiff is seeking additional time within which to file her Opening Brief is that plaintiff's counsel has: a Reply Brief due in USDC on January 3, 2013 (Green v. Colvin); an Opening Brief due in USDC on January 6, 2013 (Cocozza v. Colvin); two social security hearings scheduled on January 7, 2014; one social security hearing scheduled on January 9, 2014;  an Opening Brief due in USDC on January 14, 2014 (Barker v. Colvin); two social

security hearings scheduled on January 15, 2014; one worker's compensation hearing scheduled on January 21, 2014; one worker's compensation hearing scheduled on January 23, 2014; and a social security hearing scheduled on February 13, 2014.  Plaintiff's counsel will also be out of the office, on a pre-arranged vacation, from January 28, 2014 through February 7, 2014.  **OK/JLK**

### 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    **Plaintiff's Statement:** Plaintiff does not request oral argument.

    B.    **Defendant's Statement:** Defendant does not request oral argument.

### 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice*.

    A.    **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

### 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 12th day of December, 2013.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

| APPROVED: | UNITED STATES ATTORNEY |
|---|---|
| /s/Gail C. Harriss | /s/ Stephanie Lynn F. Kiley |
| Gail C. Harriss | By: Stephanie Lynn F. Kiley |
| 450 S. Camino del Rio, Suite 201 | Special Assistant U.S. Attorney |
| Durango, CO 81301 | 1961 Stout Street, Suite 4169 |
| (970) 247-4411 | Denver, CO 80294 |
| gharriss@harrisslaw.com | (303) 844-0815 |
| | stephanie.kiley@ssa.gov |